

# MANDATE

## The Fifteenth Court of Appeals

### NO. 15-24-00134-CV

Texas Department of Public Safety and Freeman F. Martin, in his official capacity as Director of the Texas Department of Public Safety, Appellants

Appealed from the 53rd District Court of Travis County. (Trial Court No. D-1-GN-20-000990). Opinion delivered Per Curiam.

v.

Kenneth F. Sanders, Appellee

**TO THE 53RD DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:**

Before our Court of Appeals on January 16, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard its own motion to dismiss the appeal. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas.

CHRISTOPHER A. PRINE, CLERK